```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    RAFAEL ROMERO TINAJERO
 7
```

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

```
10  UNITED STATES OF AMERICA,    ) No. 2:09-CR-353 FCD
                                 )
11              Plaintiff,       ) STIPULATION AND ORDER TO CONTINUE
                                 ) STATUS CONFERENCE TO JANUARY 25,
12       v.                      ) 2010
                                 )
13  RAFAEL ROMERO TINAJERO,      ) Date:  November 30, 2009
                                 ) Time:  10:00 a.m.
14              Defendant.       ) Judge: Hon. Frank C. Damrell, Jr.
    _____)
15
```

16       The parties stipulate, through respective counsel, Todd D. Leras,

17  Assistant United States Attorney, and Michael Petrik, Jr., attorney for

18  Mr. Romero, that the Court should vacate the status conference

19  scheduled for November 30, 2009, at 10:00 a.m., and set a new

20  conference date of January 25, 2010, at 10:00 a.m.

21       Counsel for Mr. Romero requires further time to review discovery

22  with him, and to negotiate with the government in an effort to resolve

23  this matter.

24       The parties further stipulate that the Court should exclude the

25  period from the signing of this order through January 25, 2010, when it

26  computes the time within which the trial of the above criminal

27

28  STIPULATION AND ORDER                 1                    2:09-CR-353 FCD

1  prosecution must commence for purposes of the Speedy Trial Act.  The
2  parties stipulate that the ends of justice served by granting this
3  request for a continuance outweigh the best interest of the public and
4  Mr. Romero in a speedy trial, and that this is an appropriate exclusion
5  of time within the meaning of 18 U.S.C. § 3161(h)(7)(A) & (B) (Local
6  Code T4).

8  Dated: November 24, 2009          Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender

                                     /s/ M.Petrik
                                     _____
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender
                                     Attorneys for Defendant


15 Dated: November 24, 2009          BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ M.Petrik for Todd D. Leras
                                     _____
                                     TODD D. LERAS
                                     Assistant U.S. Attorney


                                  **ORDER**

22     **IT IS SO ORDERED.**

24 DATED: November 24, 2009          _____
                                     FRANK C. DAMRELL, Jr.
                                     UNITED STATES DISTRICT JUDGE