DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RAFAEL ROMERO TINAJERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-353 FCD |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MAY 24, 2010 |
| v. ) | Date: April 19, 2010 |
| RAFAEL ROMERO TINAJERO, ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Frank C. Damrell, Jr. |

The parties stipulate, through respective counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Romero, that the Court should vacate the status conference scheduled for April 19, 2010, at 10:00 a.m., and set a new conference date of May 24, 2010, at 10:00 a.m.

Counsel for Mr. Romero requires further time to review discovery with him, and to negotiate with the government in an effort to resolve this matter.

/ / /

STIPULATION AND ORDER            1            2:09-CR-353 FCD

1      The parties further stipulate that the Court should exclude the
2 period from the signing of this order through May 24, 2010, when it
3 computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting this
6 request for a continuance outweigh the best interest of the public and
7 Mr. Romero in a speedy trial, and that this is an appropriate exclusion
8 of time within the meaning of 18 U.S.C. § 3161(h)(7)(A) & (B) (Local
9 Code T4).

10 Dated: April 14, 2010                Respectfully submitted,

11                                      DANIEL BRODERICK
                                         Federal Defender
12
                                         /s/ M. Petrik
13                                       _____
                                         MICHAEL PETRIK, Jr.
14                                       Assistant Federal Defender
                                         Attorneys for Defendant
15

16

17 Dated: April 14, 2010                BENJAMIN B. WAGNER
                                         United States Attorney
18
                                         /s/ M. Petrik for Todd D. Leras
19                                       _____
                                         TODD D. LERAS
20                                       Assistant U.S. Attorney

21

22
                                **ORDER**
23

24     **IT IS SO ORDERED.**

25

26 DATED: April 15, 2010               _____
                                         FRANK C. DAMRELL, JR.
27                                       UNITED STATES DISTRICT JUDGE

28

STIPULATION AND ORDER                    2                    2:09-CR-353 FCD