DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RAFAEL ROMERO TINAJERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-CR-353 FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE TO JUNE 28, |
| v. | ) 2010 |
| RAFAEL ROMERO TINAJERO, | ) Date: May 24, 2010<br>) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Frank C. Damrell, Jr. |

The parties stipulate, through respective counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Romero, that the Court should vacate the status conference scheduled for May 24, 2010, at 10:00 a.m., and set a new conference date of June 28, 2010, at 10:00 a.m.

Counsel for Mr. Romero requires further time to review discovery with him, and to negotiate with the government in an effort to resolve this matter.

/ / /

/ / /

/ / /

STIPULATION AND ORDER              1                    2:09-CR-353 FCD

The parties further stipulate that the Court should exclude the period from the signing of this order through June 28, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting this request for a continuance outweigh the best interest of the public and Mr. Romero in a speedy trial, and that this is an appropriate exclusion of time within the meaning of 18 U.S.C. § 3161(h)(7)(A) & (B) (Local Code T4).

Dated: May 19, 2010              Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ M.Petrik
                                 _____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender
                                 Attorneys for Defendant


Dated: May 19, 2010              BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ M.Petrik for Todd D. Leras
                                 _____
                                 TODD D. LERAS
                                 Assistant U.S. Attorney


                              **ORDER**

**IT IS SO ORDERED.**

DATED: May 19, 2010              _____
                                 FRANK C. DAMRELL, Jr.
                                 UNITED STATES DISTRICT JUDGE