1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorneys for Defendant
   RAFAEL ROMERO TINAJERO

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,     )  No. 2:09-CR-353 FCD
                                 )
11           Plaintiff,          )  STIPULATION AND ORDER TO CONTINUE
                                 )  STATUS CONFERENCE TO SEPTEMBER
12      v.                       )  13, 2010
                                 )
13 RAFAEL ROMERO TINAJERO,       )  Date:  August 2, 2010
                                 )  Time:  10:00 a.m.
14           Defendant.          )  Judge: Hon. Frank C. Damrell, Jr.
   _____)

16      The parties stipulate, through respective counsel, Todd D. Leras,
17 Assistant United States Attorney, and Michael Petrik, Jr., attorney for
18 Mr. Romero, that the Court should vacate the status conference
19 scheduled for August 2, 2010, at 10:00 a.m., and set a new conference
20 date of September 13, 2010, at 10:00 a.m.
21      Counsel for Mr. Romero requires further time to finalize a plea
22 agreement in this case, and to confer with Mr. Romero regarding the
23 final plea agreement.
24 / / /
25 / / /
26 / / /

28 STIPULATION AND ORDER              1                    2:09-CR-353 FCD

1    The parties further stipulate that the Court should exclude the
2 period from the signing of this order through September 13, 2010, when
3 it computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting this
6 request for a continuance outweigh the best interest of the public and
7 Mr. Romero in a speedy trial, and that this is an appropriate exclusion
8 of time within the meaning of 18 U.S.C. § 3161(h)(7)(A) & (B) (Local
9 Code T4).

10 Dated: July 29, 2010                 Respectfully submitted,

11                                      DANIEL BRODERICK
                                        Federal Defender
12
                                        /s/ M. Petrik
13                                      _____
                                        MICHAEL PETRIK, Jr.
14                                      Assistant Federal Defender
                                        Attorneys for Defendant
15

16

17 Dated: July 29, 2010                 BENJAMIN B. WAGNER
                                        United States Attorney
18
                                        /s/ M. Petrik for Todd D. Leras
19                                      _____
                                        TODD D. LERAS
20                                      Assistant U.S. Attorney

21

22
                                 **ORDER**
23

24     **IT IS SO ORDERED.**

25

26 DATED: July 30, 2010            _____
                                   FRANK C. DAMRELL, JR.
27                                 UNITED STATES DISTRICT JUDGE

28

STIPULATION AND ORDER                  2                    2:09-CR-353 FCD